Victor Huerta DELACERDA,
Petitioner—Appellant,

v.

Teresa A. SCHWARTZ, Respondent—Appellee.

No. 05–17255.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 26, 2006.

Filed Aug. 23, 2006.

Vicki I. First, Esq., Santa Clara, CA, for Petitioner-Appellant.

Glenn R. Pruden, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent-Appellee.

Before: HUG, KLEINFELD, and PAEZ, Circuit Judges.

MEMORANDUM *

The district court is affirmed for the reasons well stated in its August 4, 2005

order denying Delacerda's petition for a writ of habeas corpus.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

